SAYBROOK BANK AND TRUST COMPANY *v.*
EDITH G. BAUM
(12945)

HEIMAN, FREEDMAN and SCHALLER, Js.

Submitted on briefs May 9—decision released May 31, 1994

*Richard P. Weinstein* and *Peter B. Rustin* filed a brief for the appellant (defendant).

*Steven A. Tomeo* filed a brief for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed and the case is remanded for the purpose of setting new law days.